Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Georgia

Columbus Division

| | |
|---|---|
| James Leak, Francesta Freeman, Barbara Clark <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> –v– <br> US Bank NA, Ocwen Loan Services, Altisource Solutions, PHH mortgage corp and Does 1-50  reserve option to amend <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 4:20cv275 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | James Leak |
   | Street Address | 1226 Boxwood BlvdUS |
   | City and County | Columbus , Muscogee |
   | State and Zip Code | Georgia 31906 |
   | Telephone Number | 706-568-9752 |
   | E-mail Address | jamesleak2121@icloud.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: US Bank NA
- Job or Title (if known): Trustee C/O PHH Mortgage Corp
- Street Address: 1 Mortgage Way
- City and County: Mount Laurel, Burlington
- State and Zip Code: New Jersey 08054
- Telephone Number: 215-761-9316
- E-mail Address (if known):

Defendant No. 2
- Name: Ocwen Loan Services
- Job or Title (if known):
- Street Address: 1661 Worthington Rd Ste 100
- City and County: West Palm Beach
- State and Zip Code: Florida, 33409
- Telephone Number: 1-800-746-2936
- E-mail Address (if known):

Defendant No. 3
- Name: AltiSource Solutions
- Job or Title (if known):
- Street Address: Attn Asset Resolution PO Box 105130
- City and County: Atlanta, Fulton
- State and Zip Code: Georgia 30348
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: PHH mortgage Corp
- Job or Title (if known):
- Street Address: 1 Mortgage Way
- City and County: Mount Laurel, Burlington
- State and Zip Code: New Jersey 08054
- Telephone Number: 1-800-330-0423

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* James Leak, , is a citizen of the State of *(name)* Georgia .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This complaint is being brought due to dual tracking on two properties serviced by Ocwen Loan servicings, and PHH for wrongful foreclosure on property #1 and attempted wrongful foreclosure on property #2. In late 2017 and 2018 Plantiff paid to Ocwen Loan Servicing a total of $18,800 via 2 wire transfers with extra $3,00 plus funds going towards future payment on the loan of which Ocwen misapplied. Plaintiff would not have sent this amount if Plaintiff knew foreclosure proceeding were happening the next month. Loan amount was $95,000 in 1995 and in 2018 balance still showed $77,000. Please see attached documents listing the facts in this claim.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ocwen and other defendants acted intientional with malice, fraud, wantonness and want of care towards the Plaintiffs with willfull disregard for Plaintiff's property, reputation, and property rights. Defendants failed to provide a reasonable standard of care and failed to act in good faith and fair dealings. They intientionally misapprieated funds intentd for mortgage payments and provided false documentations of payment history. Please see attached documentation of itemized accounts of events.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 Nov 2020

Signature of Plaintiff: *James M. Leach*
Printed Name of Plaintiff: James G. Leach

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

V. Certification and Closing

    A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _6 NOV 2020_

Signature of Plaintiff No 1: _[signed]_
Printed Name of Plaintiff No 1: __James Leak__

Signature of Plaintiff No 2: _[signed]_
Printed Name of Plaintiff No 2: __Francesta Freeman__

Signature of Plaintiff No 3: _[signed]_
Printed Name of Plaintiff No 3: __Barbara Clark__